David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendants
General Mills, Inc.; General Mills Sales, Inc.; General Mills Operations, LLC;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN HADDIX, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50,<br><br>    Defendants. | Case No. 15-cv-02625-MCE-KJN<br><br>**STIPULATION AND ORDER RE: (1) EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD, (2) SETTING A COORDINATED BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>L.R. 144(a) |

**STIPULATION**

Pursuant to Local Rule 144(a), it is stipulated between and among Plaintiff Jacklyn Haddix and Defendants General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC ("Defendants"), by their respective attorneys as follows:

WHEREAS, Defendants received service of Plaintiff's First Amended Complaint on June 7, 2016;

WHEREAS, Defendants' response to Plaintiff's First Amended Complaint is presently due June 24, 2016;

WHEREAS, this action was previously deemed related to the action *Nava, et. al. v. General Mills*, No. 15-cv-2262 (Dkt. No. 16) per Local Rule 123(a);

WHEREAS, Plaintiff in the *Nava* action recently filed a First Amended Complaint (*Nava, et. al. v. General Mills*, No. 15-cv-2262, Dkt. No. 22 (May 25, 2016));

WHEREAS, in the interests of judicial efficiency and conserving party resources, counsel for Plaintiff and Defendants in this action have conferred, and counsel for Defendants conferred with counsel for Plaintiffs in the *Nava* action; and

WHEREAS, in both actions the parties have reached an agreement on the briefing and hearing schedule set forth below with respect to Defendants' motion to dismiss the First Amended Complaint ("Motion"), so that the issues presented by the parties' briefing in these related cases will be submitted to the Court in a coordinated fashion;

WHEREAS, this is the first request for an extension in this case;

WHEREAS, this stipulation and request is being made as soon as the parties reached an agreement on a coordinated briefing schedule in both actions and is not being made for the purpose of delay;

WHEREAS, this extension will not alter any other currently-existing deadlines;

WHEREAS, a stipulation and proposed Order setting forth the same schedule was filed in *Nava v. General Mills*, No. 15-cv-2262, Dkt. No. 23 (June 13, 2016);

///

///

THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendants will file their Motion on or before July 8, 2016;
2. Plaintiff will file her opposition to the Motion on or before August 5, 2016;
3. Defendants will file their reply papers in support of the Motion on or before August 19, 2016;
4. The hearing on the Motion will be September 8, 2016, at 2:00 p.m.;

**IT IS SO STIPULATED.**

DATED: June 13, 2016                                **AHDOOT & WOLFSON, PC**

By: */s/ Tina Wolfson* (as authorized on 06/13/2016)
         Tina Wolfson

Attorneys for Plaintiffs
Jacklyn Haddix

DATED: June 13, 2016                                **PERKINS COIE LLP**

By:  */s/ Charles C. Sipos*
         Charles C. Sipos

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc.,
General Mills Operations, LLC

### ORDER

Pursuant to the foregoing stipulation, Defendants will file their Motion on or before July 8, 2016. Plaintiff will file her opposition to the Motion on or before August 5, 2016. Defendants will file their reply papers in support of the Motion on or before August 19, 2016. The hearing on the Motion will be September 8, 2016, at 2:00 p.m.

IT IS SO ORDERED.

**Dated: June 17, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE