David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc., and
General Mills Operations, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN HADDIX individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50,<br><br>Defendants. | Case No. 15-cv-02625-MCE-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(1), AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Hearing Date: September 8, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br><br>[Related Case: 2:15-cv-2262-MCE-KJN] |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT on September 8, 2016, at 2:00 p.m., or on such other date as the Court directs, in Courtroom 7, 14th Floor, of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California 95814, before the Hon. Morrison C. England, Jr., Defendants General Mills, Inc., General Mills Sales, Inc., and General Mills Operations, LLC will respectfully move this Court for an order dismissing Plaintiff's Amended Complaint pursuant to FRCP 12(b)(1) and 12(b)(6). The grounds for this motion are the following: the Court lacks subject matter jurisdiction over Plaintiff's claims because—in the face of General Mills' recall and refund program—Plaintiff has no economic injury and no likelihood of future injury; and the Complaint's allegations fail to state claims under the Unfair Competition Law, False Advertising Law, the Consumer Legal Remedies Act, the Kentucky Consumer Protection Act, breach of express warranty, or negligence.

Defendants' Motion is based on this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, Declaration of Jeff Hagen, Appendix, and exhibits thereto, and all pleadings and papers on file in this matter, and upon such other matters as may be presented to the Court.

DATED: July 8, 2016

**PERKINS COIE LLP**

By: */s/ Charles C. Sipos*
　　CHARLES C. SIPOS

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc.,
and General Mills Operations, LLC