David T. Biderman (Bar No. 101577)
DBiderman@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Charles C. Sipos (*pro hac vice*)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN HADDIX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50, <br><br> Defendants. | Case No. 15-cv-02625-MCE-KJN <br><br> **DECLARATION OF JEFF HAGEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

DECLARATION OF JEFF HAGEN
Case No. 15-cv-02625-MCE-KJN
131708401.1

I, Jeff Hagen, declare as follows:

1. I am Director of Global Consumer Relations for General Mills, Inc. ("General Mills"). I have held this position with General Mills for the past thirty (30) years. Among my responsibilities is the management of General Mills' systems and processes for interacting with consumers of General Mills' products. This includes instances where General Mills has recalled products and offered consumers refunds for affected products associated with the recall. As a result, I have personal knowledge of the facts set forth in this Declaration.

2. On October 5, 2015, General Mills announced it was recalling certain lots of Yellow Box Cheerios and Honey Nut Cheerios labeled as "Gluten Free," because an isolated incident at General Mills' production facility in Lodi, California resulted in the inadvertent introduction of wheat flour (containing gluten) into certain lots of those products. Affected lots are identifiable by "Better if Used by Dates" printed on the products' packaging. In conjunction with the recall, General Mills also announced that it would replace or refund those Cheerios products affected.

3. General Mills established a dedicated 1-800 number to respond to consumer inquires and requests for refund or replacement of Cheerios associated with this recall. Consumers could also contact General Mills through its established 1-800 Consumer Services contact line (which is listed on Cheerios' packaging). General Mills publicized these consumer phone numbers on its blog, its website, and in press releases, and the fact of the recall and refund program was widely reported by nationwide media sources.

4. Consumers who contacted General Mills about the affected product could obtain a one-for-one replacement of, or refund of their entire purchase price for, any affected Cheerios cereal they purchased. Those consumers requesting a refund were sent checks to reimburse them for their purchases. Those consumers requesting a replacement were sent coupons, good for use at retail outlets where Cheerios are sold, that would entitle them to a free box of the product. The choice between a monetary refund and a replacement coupon was entirely up to the consumer. No consumers were forced to accept a replacement coupon in lieu of a refund.

5. Consumers were able to obtain a replacement or refund for up to eight boxes of Cheerios without providing General Mills the affected product or its packaging, receipts, or any other evidence of purchase. For refunds or replacements beyond eight boxes, General Mills requires only the UPC code and "Better if Used By" panel from the affected Cheerios the consumer purchased.

6. As a gesture of goodwill and to ensure customer satisfaction, General Mills' refund and replacement also allows consumers to obtain a refund or replacement of any Cheerios cereal that they purchased labeled "Gluten Free," even if that product was not part of the limited production of Cheerios cereal affected by the recall. Refund or replacement of Cheerios labeled "Gluten Free" could be refunded or replaced consistent with the process and conditions described in paragraphs 4 and 5, above.

7. The refund or replacement program outlined above has been in place since October 5, 2015, and as of the date of this Declaration still remains available to consumers.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Dated this 7th day of July, 2016 at MINNEAPOLIS, MINNESOTA.

By: _____
Jeff Hagen