1    David T. Biderman (Bar No. 101577)
     DBiderman@perkinscoie.com
2    Joshua A. Reiten (Bar No. 238985)
     JReiten@perkinscoie.com
3    PERKINS COIE LLP
     505 Howard Street, Suite 1000
4    San Francisco, CA 94105-3204
     Telephone: 415.344.7000
5    Facsimile: 415.344.7050

6    Charles C. Sipos (*pro hac vice*)
     CSipos@perkinscoie.com
7    PERKINS COIE LLP
     1201 Third Avenue, Suite 4900
8    Seattle, WA 98101-3099
     Telephone: 206.359.8000
9    Facsimile: 206.359.9000

10    Attorneys for Defendants
     General Mills, Inc., General Mills Sales, Inc., and
11    General Mills Operations, LLC

12

13              UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF CALIFORNIA
14

15

16 JACKLYN HADDIX individually and on    Case No. 15-cv-02625-MCE-KJN
    behalf of all others similarly situated,

17             Plaintiff,    **[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT**

18       v.    **TO FRCP 12(b)(1), AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

19 GENERAL MILLS, INC.; GENERAL
    MILLS SALES, INC.; GENERAL MILLS    Hearing Date:  September 8, 2016
20 OPERATIONS, LLC, AND DOES 1-50,    Time:  2:00 p.m.
                                 Judge:  Hon. Morrison C. England, Jr.
21         Defendants.

22                         [Related Case: 2:15-cv-2262-MCE-KJN]

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT
Case No. 15-cv-02625-MCE-KJN

1    The motion of Defendants General Mills, Inc., General Mills Sales, Inc., and General

2    Mills Operations, LLC, to dismiss Plaintiff's Amended Complaint pursuant to FRCP 12(b)(1) and

3    12(b)(6) came on for hearing before this Court on September 8, 2016, at 2:00 p.m.   The Court,

4    having fully considered all relevant documents, authorities, evidence, and oral arguments, if any,

5    presented by Plaintiff and Defendants, by and through their respective attorneys, **GRANTS**

6    Defendants' motion and **HEREBY ORDERS** that:

7        1.    Pursuant to FRCP 12(b)(1), the Amended Complaint is dismissed with prejudice

8            for lack of subject matter jurisdiction because, in the face of General Mills' recall

9            and refund program, and Plaintiff's return of the purchased product pursuant to the

10           recall, there is no "live" claim for economic damages or injunctive relief and

11           Plaintiff lacks standing to seek injunctive relief.

12       2.    Pursuant to FRCP 12(b)(6), each cause of action as against all Defendants is

13           dismissed with prejudice for failure to allege facts sufficient to state claims for

14           relief.

15

16   **IT IS SO ORDERED.**

17

18

19   Dated: _____          _____

20                         Honorable Morrison C. England, Jr.

21

22

23

24

25

26

27

28

-1-