1  David T. Biderman (Bar No. 101577)
   DBiderman@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105-3204
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Charles C. Sipos (*pro hac vice*)
   CSipos@perkinscoie.com
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
7  Seattle, WA  98101-3099
   Telephone: 206.359.8000
8  Facsimile: 206.359.9000

9  Attorneys for Defendants
   General Mills, Inc.; General Mills Sales, Inc.; General
10 Mills Operations, LLC;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN HADDIX, et al., | Case No. 15-cv-02625-MCE-KJN |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.; GENERAL MILLS OPERATIONS, LLC, AND DOES 1-50, | Date:   October 20, 2016<br>Time:   2:00 p.m.<br>Judge:  Hon. Morrison C. England, Jr. |
| Defendants. | Courtroom: 7 |

**STIPULATION**

Plaintiff Jacklyn Haddix and Defendants General Mills, Inc., General Mills Sales, Inc., General Mills Operations, LLC ("Defendants"), by their respective attorneys, stipulate as follows:

WHEREAS, Plaintiff filed her Amended Complaint on June 7, 2016 [ECF No. 18];

WHEREAS, on July 8, 2016 Defendants filed a Motion to Dismiss the Amended Complaint scheduling the hearing for September 8, 2016 [ECF No. 24];

WHEREAS, the Motion to Dismiss is fully briefed and on September 2, 2016, the Court reset the hearing on the Motion to Dismiss to October 20, 2016, at 2:00 p.m. [ECF No. 33]; and

WHEREAS, the parties have met and conferred and request that the Court continue the October 20, 2016 hearing on the pending Motion to Dismiss to December 8, 2016, and that the Court hold decision on the Motion to Dismiss in abeyance until that time;

WHEREAS, a stipulation and proposed Order requesting the same continuance is being concurrently filed in the related case *Nava v. General Mills*, No. 15-cv-2262, which also has a hearing scheduled for October 20, 2016, at 2:00 p.m. in this Court;

WHEREAS, in both this action and the *Nava* action, this stipulation and request is being sought because the Parties have reached agreement in principle that will resolve the matter that they expect to finalize prior to the requested December 8, 2016, requested continuance date; and

WHEREAS, this stipulation and request is being made as soon as the parties reached an agreement to seek a continuance.

THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on Defendants' Motion to Dismiss be continued from October 20, 2016, to December 8, 2016, and that the Court hold decision on the Motion to Dismiss in abeyance until that time.

**IT IS SO STIPULATED.**

DATED: October 13, 2016           **AHDOOT & WOLFSON, PC**

By: *s/ Tina Wolfson*
    Tina Wolfson

Attorneys for Plaintiffs
Jacklyn Haddix

DATED: October 13, 2016           **PERKINS COIE LLP**

By: *s/ Charles C. Sipos*
    Charles C. Sipos

Attorneys for Defendants
General Mills, Inc., General Mills Sales, Inc.,
General Mills Operations, LLC

## ORDER

Pursuant to the parties' stipulation and good cause appearing, in an effort to promote resolution of the matter, the Court hereby orders that the hearing on Defendants' Motion to Dismiss be continued from October 20, 2016 to **December 15, 2016**.

IT IS SO ORDERED.

DATED: October 17, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER
No. 15-cv-02625-MCE-KJN
14577-0107.0001/LEGAL133245704.1