Tina Wolfson, SBN 174806
*twolfson@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474- 9111; Fax: (310) 474-8585

Jasper D. Ward IV*
*jasper@jonesward.com*
Alex C. Davis*
*alex@jonesward.com*
JONES WARD PLC
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
Tel: (502) 882-6000; Fax: (502) 587-2007
**Pro hac vice* to be filed

Counsel for Plaintiff,
Jacklyn Haddix

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLYN HADDIX, individually and on behalf of all others similarly situated, | Case No. 15-cv-02625-MCE-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| GENERAL MILLS, INC., GENERAL MILLS SALES, INC., GENERAL MILLS OPERATIONS, LLC, and DOES 1 - 50, | |
| Defendants. | |

STIPULATION AND ORDER

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

DATED: February 9, 2017         AHDOOT & WOLFSON, PC

By:  /s/ Tina Wolfson
Tina Wolfson
twolfson@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

**JONES WARD, PLC**
Jasper D. Ward IV*
Alex C. Davis*
312 S. Fourth Street, 6th Floor
Louisville, Kentucky 40202
Tel: (502) 882-6000
Fax: (502) 587-2007
*Pro hac vice application to be filed

Counsel for Plaintiff,
Jacklyn Haddix

DATED: February 9, 2017         PERKINS COIE LLP

By:  /s/Charles C. Sipos
Charles C. Sipos

Attorneys for Defendants

IT IS SO ORDERED.

Dated:  February 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER